**Entered on Docket
May 28, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71471

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-15746-lbr |
|---|---|
| Magdaleno Mojica and Araceli Mojica | Date:  5/17/10<br>Time: 9:30am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2    above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4    property, generally described as 587 Grimbsy Avenue, Henderson, NV 89014.

5        IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

6    give Debtors at least seven business days' notice of the time, place and date of sale.

7

8    Submitted by:

9

10   **WILDE & ASSOCIATES**

11   By:_____
     Gregory L. Wilde, Esq.

12   Attorney for Secured Creditor

13   **APPROVED / DISAPPROVED**

14   By:_____
     Jose Carlos Pallares

15   Attorney for Debtor(s)

16   **APPROVED / DISAPPROVED**

17   By:_____
     Lenard E. Schwartzer

18   Chapter 7 Trustee

19

20

21

22

23

24

25

26

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 587 Grimbsy Avenue, Henderson, NV 89014.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By: _Gregory L. Wilde #10099_
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Jose Carlos Pallares
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Lenard E. Schwartzer
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____   No parties appeared or filed written objections, and the trustee is the movant.

__x__   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

__X__   approved the form of this order          _____   disapproved the form of this order

_____   waived the right to review the order and/or   _____   failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order          _____   disapproved the form of this order

_____   waived the right to review the order and/or   __x__   failed to respond to the document


_____   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____   approved the form of this order          _____   disapproved the form of this order

_____   waived the right to review the order and/or   _____   failed to respond to the document

_____   appeared at the hearing, waived the right to review the order

_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____   approved the form of this order          _____   disapproved the form of this order

_____   waived the right to review the order and/or   _____   failed to respond to the document


_____   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor